UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JORDANA M. BAUMAN,<br><br>                              Debtor,<br><br>MEL MARIN,<br><br>                             Appellant,<br><br>MICHAEL KOCH,<br><br>                             Appellee. | Case No.: 3:24-CV-1564 JLS (BLM)<br><br>**ORDER ON APPELLANT'S MOTION TO CLARIFY STATUS AFTER BANKRUPTCY FILING**<br><br>(ECF No. 17) |

      Presently before the Court is Appellant Mel Marin's Motion titled "Appellant's Notice of and Motion to Clarify Status After Bankruptcy Filing" ("Mot.," ECF No. 17). Appellant indicates he filed for bankruptcy on December 9, 2024, and "asks if this case is stayed because only the bankruptcy trustee has standing to prosecute this appeal against Mr. Koch *et al*, under the rule in [*Lane v. Vitek Real Estate Industries Group*], 713 F. Supp. 2d 1092, 1097 (E.D. Cal. 2010)." Mot. at 1. The Court notes that in *Lane*, the court held, "[i]f plaintiffs were in bankruptcy they clearly would lack standing to bring this action absent abandonment of their claims by the bankruptcy trustee. However,

plaintiffs continue to have standing to pursue this case because their bankruptcy petition was dismissed after [the relevant motion was filed]." *Lane*, 713 F. Supp. 2d at 1097. At present, Appellant indicates only that he has filed for bankruptcy, not that such petition has been denied or granted. Mot. at 1.

To the extent Plaintiff requests "clarification" regarding whether this case is presently stayed, the Court has not ordered a stay. *See* Docket. Rather, the Court previously denied Appellant's Motion for Stay Pending Appeal. *See* ECF No. 15. To the extent Appellant seeks to impliedly suggest, through his Motion to Clarify, that this case should be stayed, the Court **DENIES** such request. Appellant, whose Motion consists of a single sentence, has not met his burden of showing that the circumstances justify an exercise of the Court's discretion to grant a stay. *See Hoffmann v. Price*, No. 2:15-CV-1527 DB P, 2019 WL 498991, at *3 (E.D. Cal. Feb. 8, 2019) ("The party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion.").

**IT IS SO ORDERED.**

Dated: December 19, 2024

Hon. Janis L. Sammartino
United States District Judge